UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT PIERCE, an individual, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. CIV-24-1251-G |
| | ) |
| GARY PARLI, an individual, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The record in the case reflects that counsel for Plaintiff Robert Pierce, as Trustee of the Seventh Chapter Land Trust, has not yet filed an entry of appearance as required by Local Civil Rule 83.4.[1]

"Although individuals may represent their own personal interests without an attorney, artificial entities may appear in court only through licensed counsel." *United States v. Lain*, 773 F. App'x 476, 477 (10th Cir. 2019). "Trusts are artificial entities that exist independently of their trustee or trustees," meaning that "if the trustee is not a licensed attorney, he or she cannot represent the trust." *Id.*; *accord DeWilde v. Att'y Gen. of U.S.*, No. 23-8054, 2024 WL 1550708, at *2 (10th Cir. Apr. 10, 2024); *see also* LCvR 17.1 ("Parties who are not natural persons may not appear pro se.").

As there is no indication in the record that Mr. Pierce is a licensed attorney, "he cannot prosecute his case on behalf of the trust." *DeWilde*, 2024 WL 1550708, at *2.

---

[1] Mr. Pierce also identifies himself as a plaintiff in his individual capacity.

2

IT IS THEREFORE ORDERED that counsel for Plaintiff Robert Pierce, as Trustee of the Seventh Chapter Land Trust, shall enter an appearance on this party's behalf within twenty-one (21) days of the date of this Order.

IT IS SO ORDERED this 21st day of January, 2025.

*[Signature]*
CHARLES B. GOODWIN
United States District Judge